IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

ALI, HUSSEIN,

      Plaintiff,

-vs-                                       Case No:  3:16-cv-06881-JSC WHO

PATRIOT CONTRACT SERVICES, LLC,      Hon. William H. Orrick

      Defendant.

_____/

## ~~PROPOSED~~ ORDER

The Court having read the Stipulation of the parties to Reschedule Case Management Conference

and otherwise being fully advised in the premises,

**IT IS SO ORDERED** that the Case Management Conference has been adjourned to:
May 16, 2017 at 2:00 p.m.

_____

HON. WILLIAM ORRICK
United States District Court Judge