IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

ALI, HUSSEIN,

    Plaintiff,

-vs-                                            Case No: 3:16-cv-06881-JSC WHO

PATRIOT CONTRACT SERVICES, LLC,      Hon. William H. Orrick

    Defendant.

_____/

## ORDER

The Court having read the Stipulation of the parties to Reschedule Case Management Conference and otherwise being fully advised in the premises;

IT IS SO ORDERED that the Case Management Conference has been adjourned to:

June 6, 2017 at 2:00 p.m.; case management statement due May 30, 2017.

Dated: May 15, 2017

HON. WILLIAM ORRICK
United States District Court Judge