**O'BRYAN BAUN KARAMANIAN**
Dennis M. O'Bryan
401 S. Old Woodward, Suite 463
Birmingham, MI 48009
(248) 258-6262
(248) 258-6047 – fax

Attorneys for Plaintiff
ALI HUSSEIN

**COX, WOOTTON, LERNER,
GRIFFIN & HANSEN LLP**
Terence S. Cox (SBN 76142)
Marc A. Centor (SBN 252011)
900 Front Street, Suite 350
San Francisco, CA 94111
Telephone No.: (415) 438-4600
Facsimile No.: (415) 438-4601

Attorneys for Defendants
PATRIOT CONTRACT SERVICES, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUSSEIN ALI<br><br>　　　　Plaintiff,<br><br>v.<br><br>PATRIOT CONTRACT SERVICES, LLC<br><br>　　　　Defendants. | Case No.: 3:16-cv-06881-WHO<br><br>**STIPULATION OF DISMISSAL**<br><br>**[F.R.C.P. 41(a)(1)(A)(ii)]** |

It is hereby STIPULATED by and between Plaintiff HUSSEIN ALI and Defendant PATRIOT CONTRACT SERVICES, LLC, that this entire case be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each party to bear its own attorney's fees and costs.

**SO STIPULATED;**

Dated: December 5, 2017　　　　　　　　　O'BRAYN BAUN KAUFMAN
　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　　ALI HUSSEIN

　　　　　　　　　　　　　　　　　　　　　/S/ Dennis M. O'Bryan
　　　　　　　　　　　　　　　　　　　　　Dennis M. O'Bryan

-1-
STIPULATION AND ~~PROPOSED~~ ORDER REGARDING COURT-ORDERED MEDIATION

Dated: December 5, 2017         COX, WOOTTON, LERNER,
                                GRIFFIN & HANSEN, LLP
                                Attorneys for Defendant
                                PATRIOT CONTRACT SERVICES, LLC

                                      /S/ Marc A. Centor (w/permission)
                                       Marc A. Centor

## [PROPOSED] ORDER

Having reviewed the stipulation of the parties, **IT IS HEREBY ORDERED THAT**: this entire case is hereby **DISMISSED** with prejudice, each party to bear its own attorney's fees and costs.

Dated: December 5, 2017         _____
                                William H. Orrick
                                United States District Judge

STIPULATION AND PROPOSED ORDER REGARDING COURT-ORDERED MEDIATION